**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG -9 A 8:53

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

William Dougherty, et al
**Plaintiff(s)**                          *

                                       *

                                       *        **Civil No.: MJG-00-1944**

American Home, et al                       *
**Defendant(s)**                          *

\* \* \* \* \* \*

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this ___8th___ day of ___August___, 20_00_.

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.



Marvin J. Garbis
United States District Judge

MICROFILMED
-9 2000